**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DORIS J. MITCHELL,<br><br>Appellant,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, *et al.*,<br><br>Appellees. | Case No. 2:16-cv-00556-APG<br><br>**ORDER DISMISSING DUPLICATE CASE**<br><br>(Dkt. # 4) |

IT IS ORDERED that appellant Doris Mitchell's request to close this matter because it was opened in error as a duplicate of case number 2:16-cv-00555-APG **(Dkt. #4) is GRANTED**. The clerk of court shall close this case.

DATED this 8th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE